UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                           :

UNITED STATES OF AMERICA,           :

                           :          13-CR-900 (JMF)

           -v-              :          14-CR-501 (JMF)

                           :

LEON CARTER,                    :          ORDER
                      Defendant.    :

                           :

----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 19, 2025, Defendant Leon Carter filed a motion to reduce his sentence pursuant to Title 18, United States Code, Section 3582(c)(1)(A).  *See* 13-CR-900, ECF No. 37.  It is hereby ORDERED that Government shall file any opposition to that motion by **June 3, 2025**. Defendant's reply, if any, shall be filed by **June 10, 2025**.

      SO ORDERED.

Dated:  May 20, 2025
        New York, New York               _____
                                    JESSE M. FURMAN
                             United States District Judge